| Fill in this information to identify your case: | | |
|---|---|---|
| United States Bankruptcy Court for the: DISTRICT OF NEW MEXICO | | |
| Case number *(if known)* _____ | Chapter | **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **KOBA Limited Partnership, a New Mexico Limited Partnership d/b/a Kachina Lodge Properties** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | DBA **Best Western Kachina Lodge and Meeting Center** <br> DBA **Kachina Lodge Resort Hotel** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **85-0439056** |
| 4. | **Debtor's address** | **Principal place of business** <br> **413 Paseo del Pueblo Norte** <br> **Taos, NM 87571** <br> Number, Street, City, State & ZIP Code <br><br> **Taos** <br> County | **Mailing address, if different from principal place of business** <br> **PO Box 2480** <br> **Taos, NM 87571** <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> **413 Paseo del Pueblo Norte Taos, NM 87571** <br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.Kachinalodge.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

| Debtor | KOBA Limited Partnership, a New Mexico Limited Partnership d/b/a Kachina Lodge Properties | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | | | Relationship | |
|---|---|---|---|---|---|
| District | | When | | Case number, if known | |

| Debtor | KOBA Limited Partnership, a New Mexico Limited Partnership d/b/a Kachina Lodge Properties | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)
  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other _____

  **Where is the property?** _____
  Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  .  *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | KOBA Limited Partnership, a New Mexico Limited Partnership d/b/a Kachina Lodge Properties | Case number (*if known*) |
|--------|------|------|
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 2, 2018**
MM / DD / YYYY

**X** **/s/ Wilmer Dean Koop**          **Wilmer Dean Koop**
Signature of authorized representative of debtor     Printed name

Title  **Managing General Partner**

**18. Signature of attorney**

**X** **/s/ George Dave Giddens**          Date **May 2, 2018**
Signature of attorney for debtor       MM / DD / YYYY

**George Dave Giddens**
Printed name

**GIDDENS & GATTON LAW, P.C.**
Firm name

**10400 Academy N.E. Suite 350**
**Albuquerque, NM 87111**
Number, Street, City, State & ZIP Code

Contact phone  **(505)271-1053**   Email address  **giddens@giddenslaw.com**

**941 NM**
Bar number and State

Fill in this information to identify the case:

Debtor name: **KOBA Limited Partnership, a New Mexico Limited Partnership d/b/a Kachina Lodge Properties**

United States Bankruptcy Court for the: **DISTRICT OF NEW MEXICO**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Booking. Com 7208 W. Sand Lake Road Suite 202 Orlando, FL 32819 | | Business Debt | | | | $4,972.23 |
| Century Link PO Box 29040 Phoenix, AZ 85038-9040 | | Utility Bill | | | | $2,273.60 |
| Chardans Mechanical Inc 4320 Ellison N.E. Albuquerque, NM 87109 | | Business Debt | | | | $1,818.92 |
| Ernesto Montoya | | Business Debt | | | | $300.00 |
| Expedia PO Box 847675 Dallas, TX 75284 | | Credit Card | | | | $5,738.52 |
| Hawk Mechanical Plumbing 1132 Paseo Del Pueblo Sur Taos, NM 87571 | | Trade debt | | | | $505.30 |
| Image Technology Systems 1615 Dorchester Dr., Suite 100 Plano, TX 75075 | | Business Debt | | | | $600.00 |
| Katzon Brothers, Inc. 960 Vallejo Street Denver, CO 80204 | | Business Debt | | | | $2,000.57 |
| Kit Carson Electric 118 Cruz Alta Road Taos, NM 87571 | | Utility Bill | | | | $11,116.07 |

Debtor **KOBA Limited Partnership, a New Mexico Limited Partnership d/b/a Kachina Lodge Properties**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **LDH Enterprises LLC**<br>6645 Isleta Blvd Sw<br>Albuquerque, NM 87105 | | Business Debt | | | | $1,802.23 |
| **Luminarias Limited, LLC**<br>PO Box 21926<br>Albuquerque, NM 87154 | | Business Debt | | | | $1,030.76 |
| **New Mexico Department of Taxation & Reve**<br>PO Box 2527<br>Santa Fe, NM 87504 | | Gross | | | | $40,000.00 |
| **Pitney Bowes**<br>5101 Interchange Way<br>Louisville, KY 40229-2161 | | Business Debt | | | | $3,118.13 |
| **Taos County Clerk**<br>105 Albright St, Suite G<br>Taos, NM 87571 | | Property taxes | | | | $38,500.00 |
| **The Northern Trust**<br>Lineberry | | Business Debt | | | | $456.00 |
| **Tiger Natural Gas**<br>1422 E. 71st Street Suite J<br>Tulsa, OK 74136 | | Utility Bill | | | | $2,258.05 |
| **Town of Taos Treasurer's Department**<br>105 Albright Street Suite F<br>Taos, NM 87571 | | Business Debt | | | | $33,297.80 |
| **Town of Taos Water and Sewer**<br>182 Los Cordovas Drive<br>Taos, NM 87571 | | Utility Bill | | | | $2,062.00 |
| **Walmart**<br>GE Capital Attn: Bankruptcy Dept<br>PO Box 103104<br>Roswell, GA 30076 | | Business Debt | | | | $10,056.74 |
| **Waste Management**<br>2625 W. Grandview RD<br>Phoenix, AZ 85023 | | Utility Bill | | | | $708.00 |